FILED

FEB 1 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ADAN ARRIAGA, t/n<br>　aka Adan Prriaga,<br><br>　　　　　　Defendant. | Criminal Case No. 08cr418 LAB<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 1001 –<br>False Statement to a Federal<br>Officer |

The United States Attorney charges:

On or about January 20, 2008, within the Southern District of California, defendant ADAN PRRIAGA, aka Adan Arriaga, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his name was Adan Prriaga, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 2/19/08.

KAREN P. HEWITT
United States Attorney

_(signature)_
DOUGLAS KEEHN
Assistant U.S. Attorney