# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs ADAN ARRIAGA     No. 07CR418-LAB

The Court finds excludable delay, under the section indicated by check (✓), commenced on __3-27-08__ and ended on __4-21-08__ ; (X7XT)
_____ and ended on _____ . ( )

**3161(h)**

___ (1)(A)    Exam or hrg for **mental or physical incapacity**

___ (1)(B)    **NARA exam**ination (28:2902)

___ (1)(D)    State or Federal trials or **other charges pending**

___ (1)(E)    **Interlocutory appeals**

___ (1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo)

___ (1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)

___ (1)(J)    **Proceedings under advisement** not to exceed thirty days

___    Misc proc: Parole or prob rev, deportation, **extradition**

___ (1)(H)    **Transportation** from another district or to/from examination or hospitalization in ten days or less

_X_ (1)(I)    Consideration by Court of **proposed plea agreement**

___ (2)    **Prosecution deferred** by mutual agreement

___ (3)(A)(B)    **Unavailability of defendant** or **essential witness**

___ (4)    Period of **mental or physical incompetence** of defendant to stand trial

___ (5)    Period of **NARA commitment or treatment**

___ (6)    **Superseding indictment and/or new charges**

___ (7)    **Defendant awaiting trial of co-defendant** when no severance has been granted

___ (8)(A)(B)    **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance

_X_ (8)(B)(I)    1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)**
      2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)**

___ (8)(B)(ii)    2) **Case** unusual or **complex**

___ (8)(B)(iii)    3) **Indictment** following arrest **cannot be filed** in thirty (30) days

___ (8)(B)(iv)    4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)**

___ 3161(I)    Time up to **withdrawal of guilty plea**

___ 3161(b)    **Grand jury indictment time extended** thirty (30) more days

Right margin codes: A B C D E F G H 6 7 I M N O P R T T1 T2 T3 T4 U W

Date __3/27/08__        _____
                                            Judge's Initials